UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN, | No.  2:20-cv-1734 DB P |
| Plaintiff, | |
| v. | ORDER |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  (ECF No. 1).  Plaintiff has, however, filed an incomplete in forma pauperis affidavit.  (See ECF No. 2).  Plaintiff will be provided the opportunity either to submit an appropriate affidavit in support of a request to proceed in forma pauperis or to submit the required fees totaling $400.00.[1]

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or

////

---

[1]  The required filing fee is $350.00 plus the $50.00 administrative fee.  See 28 U.S.C. §§ 1914(a), 1915(a).  If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.  Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

1

1  the required fees in the amount of $400.00.  Plaintiff's failure to comply with this order will result

2  in a recommendation that this action be dismissed, and

3      2.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma

4  Pauperis By a Prisoner.

5  Dated:  September 7, 2020

6

7

8                          DEBORAH BARNES
                           UNITED STATES MAGISTRATE JUDGE

9  DLB:13
   DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/brow1734.3a(CDCR)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2