UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>　　　　Defendants. | No. 2:20-cv-1734 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion for administrative and injunctive relief. (ECF No. 8). The court construes the filing as a motion for an extension of time to file a proper in forma pauperis application and trust fund account statement. For the reasons stated below, the court will grant the motion, and plaintiff will be given an additional – albeit final – thirty days to file a proper in forma pauperis application.

**I.　RELEVANT FACTS**

On August 29, 2020, plaintiff filed a complaint and an application to proceed in forma pauperis. (ECF Nos. 1, 2). A review of the in forma pauperis application indicated that it was incomplete. Specifically, it only contained the first page of the application, and it was not

1

accompanied by the requisite certified trust account statement. See 28 U.S.C. § 1915(a)(1)-(2). Because of these deficiencies, on September 8, 2020, plaintiff was directed to file a proper affidavit in support of his in forma pauperis request, or in the alternative, to pay the required $400.00 filing fee. (See ECF No. 4). Plaintiff was given thirty days within which to do so. (See id. at 1).

On September 28, 2020, plaintiff filed a motion for a thirty-day extension of time to file the appropriate paperwork. (ECF No. 6). The motion was granted on October 2, 2020. (ECF No. 7).

Plaintiff filed the instant motion for administrative and injunctive relief on October 30, 2020. (ECF No. 8). In support of the motion, plaintiff effectively states under penalty of perjury that his inability to file a proper in forma pauperis application and trust account statement lies solely with the administration at the California Medical Facility. (See id.). Specifically, plaintiff states that he has requested the certified trust account statement from prison officials, but it has not been provided to him. (See id.).

**II.    DISCUSSION**

Given that it appears plaintiff has made best efforts to request and receive the documents he needs to file a proper in forma pauperis application and that his inability to do so is through no fault of his own, plaintiff will be granted an additional and final thirty days within which to file the appropriate documents. To that end, the Clerk of Court will be directed to send plaintiff a new in forma pauperis application. Plaintiff must complete the form in its entirety and provide a certified trust fund account statement with the filing.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time to file a proper in forma pauperis application (ECF No. 8) is GRANTED;

2. Plaintiff shall have a final thirty days from the date of this order to file a proper in forma pauperis application. Failure to file the application within the time allotted will result in a recommendation that this action be dismissed, and

////

3. The Clerk of Court shall send plaintiff a copy of the court's Application to Proceed In Forma Pauperis By A Prisoner.

Dated: November 5, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/brow1734.mtn.ifp

3