UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-01734 WBS DB P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. Plaintiff claims that defendants failed to protect plaintiff in violation of his Eighth Amendment rights. On July 13, 2022, defendants filed a motion to opt out of the post-screening ADR project. (ECF No. 31.) After reviewing the motion, the court will deny defendants' motion without prejudice to its renewal.

　　　　The court's April 20, 2022 order referring this action to the Post-Screening ADR Project permits defendants to opt out of an ADR settlement conference. (ECF No. 24 at 2.) In order to opt out, defendants' motion must show that defense counsel has investigated plaintiff's claims, spoken with plaintiff, and conferred with defense counsel's supervisor. (Id.) The motion also must explain why defense counsel believes in good faith that a settlement conference would be a waste of resources. (Id.)

　　　　Defendants' request to opt out asserts that defendants believe "a settlement conference would be a waste of resources at this stage." (ECF No. 31 at 2.) Defendants claim that this

determination was reached after defense counsel "conducted a preliminary investigation." (Id.) However, the motion does not explain why defense counsel believes a settlement conference would be a waste of resources. The motion also does not assert that defense counsel spoke with plaintiff and conferred with defense counsel's supervisor. Further, the motion does not include any additional supporting documents or declarations from defense counsel. As such, defendants have failed to show good cause exists to grant the present motion to opt out of the Post-Screening ADR Project.

Given the above, defendant's motion to opt out of the ADR settlement conference will be denied without prejudice. Should they choose to do so, defendants may file a renewed motion to opt out that shows good cause exists to grant the motion. Defendants will be granted additional time to file such a motion.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to opt out of early settlement conference (ECF No. 31) is denied without prejudice.
2. Defendants may file a renewed motion to opt out of early settlement conference within seven (7) days of the date of this order.

DATED: July 14, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/brow1734.deny.optout