UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN, | No. 2:20-cv-1734 WBS DB P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DIRECTOR OF CORRECTIONS, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action, has requested an extension of time to file a response to defendants' motion for summary judgment filed on April 6, 2023. Plaintiff states that he is having computer issues for library access and other time constraints. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 44) is granted; and

2. Within thirty days from the date of this order, plaintiff shall file an opposition to defendants' motion. Any reply shall be filed in accordance with Local Rule 230(l).

Dated: May 9, 2023

DB:9/DB prisoner inbox/civil rights/R/brow1734.36opp

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1