UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN, | No. 2:20-cv-1734 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| ALLEN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. On April 6, 2023, defendants moved for summary judgment. It has come to the court's attention that defendants did not include a complete copy of one exhibit referenced by both parties, plaintiff's grievance CDCR Appeal 602 #MCSP-B 19-04544 and the related Disciplinary Proceeding Results. While H. Moseley states in their declaration that copies of those documents are attached as exhibit 3, the documents in exhibit 3 relate to grievance #19-04373. H. Flete also attaches copies of plaintiff's grievances to their declaration, but the copy of the documents related to #19-04544 is incomplete in at least one respect – it is missing the even numbered pages for the Disciplinary Proceeding Results. This court requires a complete copy of the documents related to grievance #19-04544 in order to consider defendants' motion for summary judgment.

////

////

1     Accordingly, IT IS HEREBY ORDERED that on or before February 7, 2024, defendants

2 shall file a complete copy of all documents related to plaintiff's grievance CDCR Appeal 602

3 #MCSP-B  19-04544, including the related Disciplinary Proceeding Results.

4 Dated:  February 2, 2024

```
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE
```

DLB:9
DB Prisoner Inbox/Civil Rights/R/brow1734.msj exh supp