UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN,<br><br>            Plaintiff,<br><br>     v.<br><br>DIRECTOR OF CORRECTIONS, et al.,<br><br>            Defendants. | No.  2:20-cv-01734-WBS-DB<br><br><br>ORDER |

      Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On February 9, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party filed objections to the findings and recommendations.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1.  The findings and recommendations (ECF No. 52) are adopted in full;

      2. Defendants' motion for summary judgment (ECF No. 41) is granted with respect to

defendant Allen's claims that plaintiff failed to exhaust her administrative remedies as to Allen and that defendants failed to protect plaintiff from inmates Jackson and Moore on August 28, 2019; and

3. Defendants' motion for summary judgment is denied in all other respects.

Dated:  March 21, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2