UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLER R. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALLEN, et al.,<br><br>　　　　　Defendants. | No. 2:20-cv-1734 WBS SCR P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

　　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. § 1983.  Based on a review of the record, the court finds that the appointment of counsel for plaintiff is warranted for the limited purpose of pursuing settlement negotiations.  Jenny Huang has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to accept the appointment.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　1. Jenny Huang is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff in settlement negotiations.

　2. Jenny Huang's appointment will terminate upon the filing of a Notice of Settlement and a Voluntary Dismissal Order or the filing of a Status Report indicating that the case was not amenable to settlement.

3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.

4. The Clerk of Court shall administratively stay this case until further order of the court to allow the parties to pursue settlement negotiations.

5. The Clerk of the Court is directed to serve a copy of this order upon Jenny Huang, Justice First, 490 43rd St., Suite 108, Oakland, CA 94609.

DATED: June 17, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE